NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Kevin Pampena
c/o 4005 Clubhouse Rd
Lompoc, CA 93436-1333
(805) 356 4771

FILED
2011 SEP 15 AM 10:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kevin Pampena

Plaintiff(s),

v.

Cal-Western Reconveyance Corp;
Aurora loan Service LLC;
unknown owner of the note Defendant(s).

CASE NUMBER: CV11-07613 R (PJWx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __Kevin Pampena__
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| Kevin Pampena | Home owner |
| Aurora loan | Service provider |
| Cal-Western | Reconveyance Corp |

9-6-2011
Date

Sign

Agent Kevin Pampena
Attorney of record for or party appearing in pro per

CV-30 (01/10)  NOTICE OF INTERESTED PARTIES