# EXHIBIT B

Pasion Title

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004

2011-0021639

| Recorded | REC FEE 18.00
Official Records |
County of |
Santa Barbara |
Joseph E. Holland |
| EC
08:01AM 12-Apr-2011 | Page 1 of 1



5208224-LS

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

LOAN NO:XXXXXX9017    T.S. NO.:1320121-14    MERS ID: 100070300004012164
1-888-679-6377

WHEREAS, KEVIN PAMPENA, AN UNMARRIED MAN
was the original Trustor, GREENHEAD INVESTMENTS, INC., A CALIFORNIA CORPORATION was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS NOMINEE FOR SIERRA PACIFIC MORTGAGE COMPANY, INC. was the original Beneficiary under that certain Deed of Trust dated August 01, 2006 and recorded on August 10, 2006 as Instrument No. 2006-0063188 of Official Records of SANTA BARBARA County, California, and

WHEREAS, the undersigned is present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place and stead of present Trustee thereunder, in the manner in said Deed of Trust provided.

NOW, THEREFORE, the undersigned hereby substitutes, CAL-WESTERN RECONVEYANCE CORPORATION a California Corporation whose address is 525 EAST MAIN STREET, P.O. BOX 22004, EL CAJON CA 92022-9004 as Trustee under said Deed of Trust. Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 4/4/11

AURORA LOAN SERVICES, LLC

_____
Amber Owens
Vice President

State of _____
County of Marion

On 4-4-11 before me, Amber Smoot _____,
a Notary Public, personally appeared Amber Owens _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of IN that the foregoing paragraph is true and correct. (Seal)

WITNESS my hand and official seal

Signature _____

Amber Smoot
Notary Public Seal State of Indiana
Marion County
My Commission Expires 01/03/2018

SUBCA.DOC    Page 1 of 1