# EXHIBIT C

Pasion Title

**First American Title**

Recording Requested By:
AURORA LOAN SERVICES

When Recorded Return To:

ASSIGNMENT PREP
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE 69363-1706

5208224-LS
132012I-14

```
2011-0019707
Recorded         | REC FEE    21.00
Official Records |
County of        |
Santa Barbara    |
Joseph E. Holland|
                 |
                 | EC
08:01AM 04-Apr-2011 | Page 1 of 2
```

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Santa Barbara, California
**SELLER'S SERVICING #:0123049017 "PAMPENA"**
**OLD SERVICING #: FC**

**MERS #: 100070300004012164 VRU #: 1-888-679-6377**

Prepared By: Helen Scott, AURORA LOAN SERVICES 2617 COLLEGE PARK, PO BOX 1706, SCOTTSBLUFF, NE 69363-1706
308-635-3500

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR SIERRA PACIFIC MORTGAGE COMPANY, INC., ITS SUCCESSORS AND/OR ASSIGNS hereby, assigns and tranfers to AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361 all beneficial interest under that certain Deed of Trust dated 08/01/2006, executed by KEVIN PAMPENA, AN UNMARRIED MAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS ITS NOMINEE FOR SIERRA PACIFIC MORTGAGE COMPANY, INC. and Recorded: 08/10/2006 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 2006-0063188 in the County of Santa Barbara, State of California.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR SIERRA PACIFIC MORTGAGE COMPANY, INC., ITS SUCCESSORS AND/OR ASSIGNS
On March 23rd, 2011

_____
JAN WALSH, Vice-President

[MERS Corporate Seal 1995 Delaware]

*HS*HSALSI*03/23/2011 01:57:05 PM* ALSI01ALSIA00000000000000000710253* CASANTB* 0123049017 CASTATE_ALSI_TRUST_ASSIGN_ASSN **HSALSI*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF Nebraska
COUNTY OF Scotts Bluff

On March 23rd, 2011, before me, LINDA D. PARKS, a Notary Public in and for Scotts Bluff in the State of Nebraska, personally appeared JAN WALSH, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Linda N Parks* (signature)

LINDA D. PARKS
Notary Expires: 11/14/2011

GENERAL NOTARY - STATE OF NEBRASKA
LINDA D. PARKS
My Comm. Exp. 11/14/2011

(This area for notarial seal)