# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-7613-R**                                                          **Date: February 6, 2012**

**TITLE: KEVIN PAMPENA V. CAL-WESTERN RECONVEYANCE CORP et al**
====================================================================
**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| Kane Tien | Cindy Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

Not Present                                                                                 Stephen Kitayava


**PROCEEDINGS:** Defendant Aurora Loan Services' motion to dismiss complaint, or for more definite statement; and to strike portions of complaint (fld 12-27-11)


There is no appearance on behalf of plaintiff.

The defendants submits on the papers as filed.

The Court GRANTS defendant Aurora Loan Services' motion to dismiss complaint, for reasons stated on the record.

Defendant shall submit a proposed order.


**2 min**


**MINUTES FORM 90**                                                              **Initials of Deputy Clerk   KTI**
**CIVIL -- GEN**