PETER J. SALMON (SBN 174386)
STEPHEN T. KITAGAWA (SBN 194254)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: skitagawa@piteduncan.com

Attorneys for Defendant AURORA LOAN SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Kevin Pampena,<br><br>    Plaintiff,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORP.; AURORA LOAN SERVICES LLC; UNKNOWN OWNER OF THE NOTE;,<br><br>    Defendants. | Case No. 2:11-CV-07613-R-PJW<br><br>Assigned to the Hon. Manuel L. Real<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER**<br><br>**Hearing Date:** February 6, 2012<br>**Time:** 10:00 a.m.<br>**Location:** Courtroom 8<br><br>Complaint Filed: September 15, 2011 |

Defendant AURORA LOAN SERVICES, LLC, through undersigned counsel, hereby files its [Proposed] Order on Defendant Aurora Loan Services, LLC's Motion to Dismiss. A copy of the proposed order is attached hereto as "Exhibit A."

Dated: February 10, 2012                 Respectfully submitted,

                                         PITE DUNCAN, LLP


                                         By:    /s/ Stephen T. Kitigawa
                                         STEPHEN T. KITAGAWA
                                         Attorneys for Defendant AURORA LOAN
                                         SERVICES, LLC

-1-
NOTICE OF LODGING OF PROPOSED ORDER ON MOTION TO DISMISS                    2765888.wpd

# EXHIBIT A

1  PETER J. SALMON (SBN 174386)
   STEPHEN T. KITAGAWA (SBN 194254)
2  PITE DUNCAN, LLP
   4375 JUTLAND DRIVE, SUITE 200
3  P.O. BOX 17935
   SAN DIEGO, CA 92177-0935
4  TELEPHONE: (858) 750-7600
   FACSIMILE: (619) 590-1385
5  E-Mail: skitagawa@piteduncan.com

6  Attorneys for Defendant AURORA LOAN SERVICES, LLC

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

| 11 | Kevin Pampena, | Case No. 2:11-CV-07613-R-PJW |
| 12 | Plaintiff, | Assigned to the Hon. Manuel L. Real |
| 13 | v. | **[PROPOSED] ORDER ON DEFENDANT AURORA LOAN SERVICES, LLC'S MOTION TO DISMISS** |
| 14 | CAL-WESTERN RECONVEYANCE CORP.; AURORA LOAN SERVICES LLC; UNKNOWN OWNER OF THE NOTE, | |
| 15 | | Hearing Date: February 6, 2012 |
| 16 | | Time: 10:00 a.m. |
| 17 | Defendants | Location: Courtroom 8 |
| 18 | | Complaint Filed: September 15, 2011 |

19      The Motion to Dismiss of Defendant AURORA LOAN SERVICES, LLC
20  ("Defendant"), came before the Court on February 4, 2012. Upon consideration of all
21  pleadings and information submitted, Defendant's Motion to Dismiss was granted in its
22  entirety pursuant to Federal Rules of Civil Procedure Sec. 12(b)(6).
23  //
24  //
25  //
26  //
27  //
28  //

-1-
[PROPOSED] ORDER ON MOTION TO DISMISS                                    2762688.wpd

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the above-entitled action, as brought against Defendant AURORA LOAN SERVICES, LLC., is dismissed with prejudice;

2. That Plaintiff shall take nothing by way of his Complaint; and,

3. That Judgment be entered in favor of Defendant.

IT IS SO ORDERED.

Dated: _____

HONORABLE MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

-2-
[PROPOSED] ORDER ON MOTION TO DISMISS    2762688.wpd

*Pampena v. Cal- Western Reconveyance Corp.., et al*
United States District Court, Central District of California Case No. 11-cv-07613-R-PJW

### DECLARATION OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 1920 Main Street, Suite 760, Irvine, California 92614.

On February **10**, 2012, I served the following document(s): **NOTICE OF LODGING OF [PROPOSED] ORDER** on the parties in this action addressed as follows:

Kevin Pampena
4005 Clubhouse Road
Lompoc, CA 93436-1333
(805) 356-4771; fax not provided
*Plaintiff, Pro Se*

__X__ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **BY ELECTRONIC TRANSFER:** I caused the above-entitled document(s) to be electronically filed and served on the interested parties to the action via CM/ECF e-service at http://www.cacd.uscourts.gov/. A copy of the transmission receipt will be maintained with the original document(s) in our office.

_____ **BY FACSIMILE:** I personally sent to the addressee's facsimile number a true copy of the above-described document(s). I verified transmission with a confirmation printed out by the facsimile machine used. Thereafter, I placed a true copy in a sealed envelope addressed and mailed as indicated above.

__X__ **FEDERAL:** I certify/declare/state under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed February **10**, 2012, at Irvine, California.

*Barbara Finley*
BARBARA J. FINLEY

2730424.wpd