Kevin Pampena
4005 Clubhouse Road
Lompoc, CA 93436-1333
(805) 717-2820



*Denied, no good cause shown. Case is closed.*

*[signature] 2-21-12*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| Kevin Pampena, | ) | Case No. 2:11-cv-07613-R-PJW |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S VERIFIED** |
| | ) | |
| vs. | ) | **OBJECTION TO [17]** |
| | ) | **ORDER** |
| CAL-WESTERN RECONVEYANCE CORP.; | ) | **ON DEFENDANT AURORA** |
| | ) | |
| AURORA LOAN SERVICES LLC; | ) | **LOAN SERVICES, LLC'S** |
| | ) | |
| UNKNOWN OWNER OF THE NOTE; | ) | **MOTION TO DISMISS** |
| | ) | |
| Defendants. | ) | |

1. Plaintiff Kevin Pampena objects to [17] ORDER ON DEFENDANT AURORA LOAN SERVICES, LLC'S MOTION TO DISMISS ("Order").

2. Leave to amend should have been given.

3. The Order does not match the [14] Proposed Order submitted by Defendant

AURORA LOAN SERVICES, LLC ("Aurora"). The Order adds the words "and each and all defendants," going beyond the scope of Aurora's motion.

4. The "facts" relied on by the Court were not alleged in the pleadings and were never proved. Aurora's public documents were not referred to in the Complaint, thus they should not have been considered as part of the Complaint.

5. Had Aurora answered and alleged those facts, Plaintiff would have presented the Court with evidence that they are not true.

6. The dismissal should not have been "with prejudice"

7. Judicial notice should have been taken only of the existence of those documents, not of the truth of their contents. Aurora's public documents were not certified copies.

8. The second defendant, Cal-Western, had not answered and had not filed their Waiver of Service of Summons until after the Order was signed.

9. Plaintiffs' response to the motion [15], mailed and timely received at the courthouse (overnight express with tracking number), was not entered in the docket as timely filed, instead it was entered several days after it was received by the court

10. Plaintiffs' response to the motion [15] was altered by the court and changed into to a motion to file timely, which was then (wrongfully) denied.

11. Plaintiff's Errata To Complaint was also timely received at the courthouse (overnight express with tracking number), and has not yet been entered into the docket.

12. Plaintiff's Waiver of Service to Cal-Western was also timely received at the courthouse on Fri, Feb 10 (overnight express with tracking number), and was entered into the docket three days late on Mon, Feb 13.

13. The clerk's failure to timely enter Plaintiff's documents makes it look like Plaintiff was not diligent in prosecuting the case.

14. Plaintiff missed the hearing because he did not receive a Notice Of Hearing from the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 15, 2012

Kevin Pampena, Plaintiff Pro Per
4005 Clubhouse Road
Lompoc, CA 93436-1333
(805) 717-2820

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action.

I further certify that on the date written below, I served the attached document by U.S. Mail on the following:

AURORA LOAN SERVICES LLC
c/o Alison C. Lienau
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177-0935

CAL-WESTERN RECONVEYANCE CORP.
c/o Nicole K. Neff, Esq.
POB 22004
El Cajon, CA 92022-9004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of February 2012, at Lompoc, California.

                                                      _____

Signature of Person Mailing Document